Case 1:13-cv-00878-LJO-BAM   Document 13   Filed 08/07/13   Page 1 of 2

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARBANS KAUR,<br><br>    Plaintiff,<br><br>  v.<br><br>Robin Barrett, United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. CV F 13-cv-878 LJO<br><br>STIPULATION AND PROPOSED ORDER RE: REMAND FOR AGENCY ADJUDICATION PURSUANT TO 8 U.S.C. § 1447(b) |

This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to complete adjudication of the case within 30 days from the date of the order of remand. Each side to bear its own costs of litigation.

-1-

Dated: August 5, 2013				Respectfully Submitted,

							BENJAMIN B. WAGNER
							United States Attorney


					By:	/s/Audrey Hemesath
							Audrey B. Hemesath
							Assistant U.S. Attorney
							Attorneys for the Defendants


					By:	/s/Anna Benvenue
							Anna Benvenue
							Attorney for the Plaintiff


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 30 days from the date of this Order.

IT IS SO ORDERED.

Dated:   **August 5, 2013**			/s/ Lawrence J. O'Neill
							UNITED STATES DISTRICT JUDGE