1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
8

9  HARBANS KAUR,                           )   No. CV F 13-cv-878 LJO
                                            )
10      Plaintiff,                          )   STIPULATION AND PROPOSED ORDER
                                            )   RE: REMAND FOR AGENCY
11  v.                                      )   ADJUDICATION PURSUANT TO 8
                                            )   U.S.C. § 1447(b)
12  Robin Barrett, United States Citizenship and )
    Immigration Services, et al.            )
13                                          )
        Defendants.                         )
14  _____  )

15

16      This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

17  Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to

18  seek de novo review of this application. As of the time of this filing, the agency is prepared to

19  adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot

20  complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b).

21  Accordingly, the parties jointly agree that the case should be remanded with instructions to

22  complete adjudication of the case within 30 days from the date of the order of remand. Each side
    to bear its own costs of litigation.

23

24

25

26

27

28

                                            -1-

| | | |
|---|---|---|
| Dated: August 5, 2013 | | Respectfully Submitted, |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |
| | By: | /s/Anna Benvenue<br>Anna Benvenue<br>Attorney for the Plaintiff |

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization within 30 days from the date of this Order.

IT IS SO ORDERED.

Dated:   **August 5, 2013**        /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE